# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk  
United States District Court

DATE: October 29, 2013

RE: Rosa Liliana Garro  
**Debtor(s)**

13-60795-bem  
**Bankruptcy Case No.**

FILED IN CLERK'S OFFICE  
U.S.D.C. - Atlanta  
OCT 29 2013  
JAMES N. HATTEN, Clerk  
By: _____ Deputy Clerk

Rosa Liliana Garro  
**Movant/Appellee**

v.

Bank of America, N.A.  
**Respondent/Appellant**

## SUPPLEMENTAL SUBMISSION SHEET

Submitted on:

- ☒ Notice of Appeal filed 9/13/2013 — Doc. No. 22
- ☒ File date of Order being appealed from 9/12/2013 — Doc. No. 21
- ☒ Supplemental Record to USDC Case No. **13-cv-3405-ode** (Request for Record)
- ☐ Other:

Contents of Record:

☐ Entire Record   ☒ Designated items of   ☒ Appellant(s)   ☐ Appellee  
Doc's 19,20,21,22,24  
Filing Fee Paid - ☒ Yes   ☐ No  
In Forma Pauperis - ☐ GRANTED   ☐ DENIED  
Volumes of Record  
Volumes of Transcript/Depositions  
[# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:  
USDC Case Number:  
USDC Judge Assignment:  
Previous case numbers in related appeal cases:

FROM: M. Regina Thomas, Clerk  
United States Bankruptcy Court

By: _____  
Justin Matott, Deputy Clerk

> **Please return a "received" stamped copy showing case number and Judge Assignment**
>
> USDC Number/Judge

F08 (submusdc.roa) (Rev. 10-2009)