**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>ROSA LILIANA GARRO,<br><br>    Debtor.<br><br>BANK OF AMERICA, N.A.<br><br>    Appellant,<br>v.<br><br>ROSA LILIANA GARRO,<br><br>    Appellee. | Case No. 1:13-cv-03405-ODE |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR BANK OF AMERICA, N.A.

Appellant Bank of America, N.A. hereby gives notice that J. Kelsey Grodzicki is no longer with the law firm of Rubin Lublin, LLC, and Bret J. Chaness, the undersigned, shall be substituted as counsel for Bank of America, N.A. in place of Mr. Grodzicki. Mr. Grodzicki shall be terminated from the docket and removed from ECF.

1

Respectfully submitted this 16th day of April, 2014.

                                        */s/ Bret J. Chaness*
                                        BRET J. CHANESS
                                        Georgia Bar No. 720572
                                        Rubin Lublin LLC
                                        3740 Davinci Court, Suite 150
                                        Peachtree Corners, Georgia  30092
                                        (678) 281-2730

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 16th day of April, 2014.

*/s/ Bret J. Chaness*
BRET J. CHANESS
Georgia Bar No. 720572

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of April, 2014, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E. L. Clark
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expressway
Atlanta, GA 30341

> */s/ Bret J. Chaness*
> BRET J. CHANESS
> Georgia Bar No. 720572
>
> *Counsel for Bank of America, N.A.*