**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>ROSA LILIANA GARRO,<br><br>    Debtor.<br><br>BANK OF AMERICA, N.A.<br><br>    Appellant,<br><br>v.<br><br>ROSA LILIANA GARRO,<br><br>    Appellee. | Case No. 1:13-cv-03405-ODE |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a) and 6, Appellant Bank of America, N.A. hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final order of the United States District Court for the Northern District of Georgia (Evans, J.) and judgment entered in this case on April 14, 2014 [Doc. 5, 6], affirming the September 12, 2013, order entered by the United States Bankruptcy Court for the Northern District of Georgia (Ellis-Monro, J.) (No. 13-60795, Doc. 21).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Appellant** | **Counsel** |
|---|---|
| Bank of America, N.A. | Bret J. Chaness<br>Rubin Lublin LLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, Georgia 30092<br>(678) 281-2730<br><br>*and*<br><br>Craig Goldblatt<br>Danielle Spinelli<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| **Appellee** | **Counsel** |
| Rosa Liliana Garro | E. L. Clark<br>Richard Haywood Thomson<br>Clark & Washington, P.C.<br>Bldg. 3, Suite A<br>3300 Northeast Expressway<br>Atlanta, Georgia 30341<br>(404) 522-2222 |

Respectfully submitted this 16th day of April, 2014.

        */s/ Bret J. Chaness*
        BRET J. CHANESS
        Georgia Bar No. 720572
        Rubin Lublin LLC
        3740 Davinci Court, Suite 150
        Peachtree Corners, Georgia  30092
        (678) 281-2730

        CRAIG GOLDBLATT
        Wilmer Cutler Pickering Hale & Dorr LLP
        1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
        (202) 663-6000

        *Counsel for Bank of America, N.A.*

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 16th day of April, 2014.

*/s/ Bret J. Chaness*
BRET J. CHANESS
Georgia Bar No. 720572

*Counsel for Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 16th day of April, 2014, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E. L. Clark
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expressway
Atlanta, GA 30341

>　*/s/ Bret J. Chaness*
>　BRET J. CHANESS
>　Georgia Bar No. 720572
>
>　*Counsel for Bank of America, N.A.*