IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>ROSA LILIANA GARRO,<br><br>    Debtor.<br><br>BANK OF AMERICA, N.A.<br><br>    Appellant,<br><br>v.<br><br>ROSA LILIANA GARRO,<br><br>    Appellee. | Case No. 1:13-cv-03405-ODE |

**BANK OF AMERICA, N.A.'S STATEMENT OF ISSUE AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL TO THE ELEVENTH CIRCUIT ON APPEAL**

Appellant Bank of America, N.A. hereby submits this Statement of Issues and Designation of Record on Appeal with respect to this appeal of the final order and judgment of the United States District Court for the Northern District of Georgia (Evans, J.) entered on April 14, 2014.

## STATEMENT OF ISSUE

Bank of America states that this appeal presents the following issue:

1

**Whether the Bankruptcy Code permits a chapter 7 debtor to "strip off" a junior mortgage lien when the value of the property securing that lien is less than the amount of outstanding debt secured by a senior mortgage lien on the property.**

## DESIGNATION OF RECORD ON APPEAL

Bank of America designates the following items for inclusion in the record of this appeal:

*In re Rosa Liliana Garro*
**Case No. 13-60795-bem (Bankr. N.D. Ga)**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| July 29, 2013 | 19 | Motion To Determine Secured Status Of Claim Of Junior Lien Holder Bank of America, N.A. filed by E. L. Clark on behalf of Rosa Liliana Garro. Hearing to be held on 9/11/2013 at 10:00 AM in Courtroom 1402, Atlanta, (Clark, E.) Modified Text on 7/31/2013 (skw). |
| Sept. 4, 2013 | 20 | Response To Debtor's Motion To Determine Secured Status Of Claim Of Junior Lien Holder Bank Of America, N.A. (Dkt No. 19) filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A., (related document(s) 19 Motion To Determine Secured Status Of Claim Of Junior Lien Holder Bank Of America, N.A. filed by Rosa Liliana Garro) (Grodzicki, J.) Modified Text on 9/5/2013 (skw). (Incorrect Event Code - Notified J. Kelsey Grodzicki at atty's office thru voice mail) |

| Sept. 12, 2013 | 21 | Order GRANTING Motion To Determine Secured Status Of Claim Of Junior Lien Holder Bank of America, N.A.. (Related Doc # 19) Service by BNC. Entered on 9/12/2013. (skw) |
| Sept. 13, 2013 | 22 | Notice of Appeal to District Court. Fee Amount $298 filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. Appellant Designation due by 9/27/2013, submission due by 10/15/2013, (related document(s)21 Order on Motion to Strip Lien)(Grodzicki, J.) |
| Sept. 13, 2014 | 24 | Statement of Issues on Appeal *and Designation of the Record on Appeal* filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. (Grodzicki, J.) |

*Bank of America, N.A. v. Rosa Liliana Garro*
**Case No. 1:13-cv-03405-ODE (N.D. Ga)**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| Oct. 21, 2013 | 3 | MOTION for Summary Affirmance Subject to Appellate Review with Brief In Support by Bank of America, N.A.. (Attachments: # 1 Exhibit "A" - Order, # 2 Exhibit "B" - Text of Proposed Order)(Grodzicki, Joseph) Modified on 10/24/2013 (bdb). (Entered: 10/21/2013) |
| April 14, 2014 | 5 | ORDER granting 3 Unopposed Motion for Summary Affirmance Subject to Appellate Review. Signed by Judge Orinda D. Evans on 04/14/14. (fap) (Entered: 04/15/2014) (hfm) (Entered: 03/04/2014) |
| April 14, 2014 | 6 | CLERK'S JUDGMENT Affirming the September 12, 2013 Order of the Bankruptcy Court. (fap)--Please refer to |

3

| | | |
|---|---|---|
| | | http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 04/15/2014) |
| April 16, 2014 | 9 | NOTICE OF APPEAL as to 6 Clerk's Judgment, 5 Order on Motion for Order, by Bank of America, N.A.. Filing fee $ 505, receipt number 113E-5136231. Transcript Order Form due on 4/30/2014 (Chaness, Bret) (Entered: 4/16/2014) |

Respectfully submitted this 16th day of April, 2014.

*/s/ Bret J. Chaness*
BRET J. CHANESS
Georgia Bar No. 720572
Rubin Lublin LLC
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia  30092
(678) 281-2730

CRAIG GOLDBLATT
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
(202) 663-6000

*Counsel for Bank of America, N.A.*

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 16th day of April, 2014.

/s/ *Bret J. Chaness*
BRET J. CHANESS
Georgia Bar No. 720572

*Counsel for Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 16th day of April, 2014, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E. L. Clark
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expressway
Atlanta, GA 30341

*/s/ Bret J. Chaness*
BRET J. CHANESS
Georgia Bar No. 720572

*Counsel for Bank of America, N.A.*