# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES H. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION

404-215-1655

April 16, 2014

John Ley , Acting Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

      U.S.D.C. No.: **1:13-cv-3405-ODE**
      U.S.C.A. No.: **00-00000**
      In re:      *Bank of America, N.A. v. Rosa Liliana Garro*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| **X** | Fee paid on 4/16/14 . |
| ___ | Appellant has been leave to file *in forma pauperis*. |
| **X** | This is a bankruptcy appeal. The Bankruptcy Judge is Barbara Ellis-Monro. |
| ___ | The Magistrate Judge is . |
| **X** | The District Judge is Orinda D. Evans . |
| ___ | This is a **DEATH PENALTY** appeal. |

      Sincerely,

      James H. Hatten
      District Court Executive
      and Clerk of Court

      By:  /s/ Elaine N. McFarland
          Deputy Clerk

Enclosures