# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES H. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION

404-215-1655

April 16, 2014

John Ley, Acting Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    U.S.D.C. No.: 1:13-cv-3405-ODE
    U.S.C.A. No.: 00-00000
    In re:    *Bank of America, N.A. v. Rosa Liliana Garro*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| X | Fee paid on 4/16/14 . |
| ___ | Appellant has been leave to file *in forma pauperis*. |
| X | This is a bankruptcy appeal. The Bankruptcy Judge is Barbara Ellis-Monro. |
| ___ | The Magistrate Judge is . |
| X | The District Judge is Orinda D. Evans . |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James H. Hatten
District Court Executive
and Clerk of Court

By: /s/ Elaine N. McFarland
Deputy Clerk

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>ROSA LILIANA GARRO,<br><br>    Debtor.<br><br>BANK OF AMERICA, N.A.<br><br>    Appellant,<br><br>v.<br><br>ROSA LILIANA GARRO,<br><br>    Appellee. | Case No. 1:13-cv-03405-ODE |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a) and 6, Appellant Bank of America, N.A. hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final order of the United States District Court for the Northern District of Georgia (Evans, J.) and judgment entered in this case on April 14, 2014 [Doc. 5, 6], affirming the September 12, 2013, order entered by the United States Bankruptcy Court for the Northern District of Georgia (Ellis-Monro, J.) (No. 13-60795, Doc. 21).

1

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Appellant | Counsel |
|---|---|
| Bank of America, N.A. | Bret J. Chaness<br>Rubin Lublin LLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, Georgia 30092<br>(678) 281-2730<br><br>*and*<br><br>Craig Goldblatt<br>Danielle Spinelli<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| **Appellee** | **Counsel** |
| Rosa Liliana Garro | E. L. Clark<br>Richard Haywood Thomson<br>Clark & Washington, P.C.<br>Bldg. 3, Suite A<br>3300 Northeast Expressway<br>Atlanta, Georgia 30341<br>(404) 522-2222 |

Respectfully submitted this 16th day of April, 2014.

/s/ Bret J. Chaness
BRET J. CHANESS
Georgia Bar No. 720572
Rubin Lublin LLC
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia  30092
(678) 281-2730

CRAIG GOLDBLATT
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
(202) 663-6000

*Counsel for Bank of America, N.A.*

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 16th day of April, 2014.

>  */s/ Bret J. Chaness*
> BRET J. CHANESS
> Georgia Bar No. 720572
>
> *Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of April, 2014, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E. L. Clark
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expressway
Atlanta, GA 30341

                                 */s/ Bret J. Chaness*
                                 BRET J. CHANESS
                                 Georgia Bar No. 720572

                                 *Counsel for Bank of America, N.A.*

Case 1:13-cv-03405-ODE Document 12 Filed 04/16/14 Page 7 of 14

FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 1 4 2014

James N. Hatten, Clerk
By: /s/ M Ca... Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Bank of America, N.A.,

    Appellant,

v.

Rosa Liliana Garro,

    Appellee/Debtor.

CIVIL ACTION NO.
1:13-CV-3405-ODE

ORDER

This case is before the Court on Appellant Bank of America, N.A.'s ("Bank of America") unopposed motion for summary affirmance of an order entered by the United States Bankruptcy Court for the Northern District of Georgia [Doc. 3]. For the reasons discussed below, Appellant's motion for summary affirmance [Doc. 3] is GRANTED.

I. **Background**

On May 16, 2013, Appellee/Debtor Rosa Liliana Garro ("Debtor") filed a Chapter 7 petition in the United States Bankruptcy Court for the Northern District of Georgia [see In re Rosa Liliana Garro, No. 13-60795-BEM, DE 1]. On July 29, 2013, Debtor filed a "motion to determine secured status of claim of junior lien holder Bank of America [. . .]" pursuant to 11 U.S.C. §§ 506(a) and (d) [Id., DE 19].[1] In her motion, Debtor states

---

[1] Section 506(a) provides, in relevant part:
An allowed claim of a creditor secured by a lien on [the] property [. . .] is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property [. . . ] and is an unsecured claim to the extent that the value of such creditor's interest . . . is less than the amount of such allowed claim.

4

that she owns real property located at 4164 Logan Run Court, Duluth, Georgia 30096 (the "Property") and that the Property is subject to two mortgage liens. Debtor further avers that Bank of America is the holder of the second-priority lien and that, as of the date of the motion, the amount outstanding on the first-priority mortgage exceeds the fair market value of the Property [Id. ¶¶ 6, 8-9].

Debtor's motion was granted on September 12, 2013 [Id., DE 21]. Relying on the decisions of the Court of Appeals for the Eleventh Circuit in In re McNeal, 477 F. App'x 562 (11th Cir. 2012) and Matter of Folendore, 862 F.2d 1537 (11th Cir. 1989), the bankruptcy court found that Bank of America's second lien may be "stripped off" or "voided" upon entry of the Chapter 7 discharge, under section 506(d) [Id.].[2]

Bank of America filed a notice of appeal on September 13, 2013 [Id., DE 22]. In the instant motion filed October 21, 2013, Bank of America contends that McNeal and Folendore were decided incorrectly, and requests an order to obtain a judgment allowing it to seek appellate review in the Eleventh Circuit and/or the Supreme Court for the United States [Doc. 3]. Debtor has not filed a response in opposition of the motion.

---

11 U.S.C. § 506(a). Section 506(d) clarifies that "[t]o the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void . . . ." 11 U.S.C. § 506(d).

[2]Bank of America's request to hold the matter in abeyance pending the outcome of appeals filed in the Eleventh Circuit concerning "stripping" in Chapter 7 cases was declined [See id., DE 21 at 2].

2

## II. Discussion

In McNeal, the Eleventh Circuit considered the question whether a Chapter 7 debtor could "strip off" or "void" a wholly unsecured junior lien. 477 Fed. App'x at 563-64. The Court acknowledged the Supreme Court's decision in Dewsnup v. Timm, 502 U.S. 410 (1992), which held that a debtor could not "strip down" a partially secured lien under section 506(d). Id. at 564 (quotation marks omitted).[3] The Eleventh Circuit panel nonetheless concluded, in an unpublished opinion, that its earlier decision in Folendore, which involved a wholly unsecured claim, and not Dewsnup, controlled the issue because Dewsnup "did not address a 'strip off' of a wholly unsecured lien, [and was thus] not 'clearly on point' with the facts in Folendore or with the facts at issue in [McNeal]." Id. Applying Folendore, the Court in McNeal allowed the debtor to "strip off" a wholly unsecured junior lien on the property. Id. at 564-64. The McNeal decision was subsequently published. In re McNeal, 735 F.3d 1263 (11th Cir. 2012).

Bank of America correctly states that McNeal, which squarely resolves the question presented by Debtor's motion, is binding on

---

[3] As noted in McNeal, "a 'strip down' of an undersecured lien reduces the lien to the value of the collateral to which it attaches and a 'strip off' removes a wholly unsecured lien in its entirety." Id. at 563 n.1.

3

this Court.[4] Accordingly, its motion for summary affirmance [Doc. 3] is GRANTED.

### III. Conclusion

For the reasons discussed above, Bank of America's unopposed motion for summary affirmance [Doc. 3] is GRANTED.

SO ORDERED, this \_\_14\_\_ day of April, 2014.

                                       ORINDA D. EVANS
                                       UNITED STATES DISTRICT JUDGE

---

[4] Other courts in this district have recognized as much. See Bank of America, N.A. v. David Lamar Sinkfield, No. 1:13-CV-1541-TCB, Doc. 4 (N.D. Ga. May 9, 2013) (granting the parties' joint motion for summary affirmance of a bankruptcy court order ruling on the same issue).

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROSA LILIANA GARRO, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 13-60795-BEM |
| BANK OF AMERICA, N.A., | |
| Appellant, | ADVERSARY NO. |
| vs. | |
| ROSA LILIANA GARRO, | CIVIL ACTION FILE |
| Appellee. | NO. 1:13-cv-3405-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the appeal of the bankruptcy order entered September 12, 2013, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 14th day of April, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Frances K. Pinckney*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 15, 2014
James N. Hatten
Clerk of Court

By:*s/Frances K. Pinckney*
    Deputy Clerk

0months,APPEAL,CLOSED

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:13−cv−03405−ODE
### Internal Use Only

| | |
|---|---|
| Bank of America, N.A. v. Garro<br>Assigned to: Judge Orinda D. Evans<br>Case in other court:  USBC ND Georgia, 13−60795−bem<br>Eleventh Circuit, Not Assigned<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Date Filed: 10/15/2013<br>Date Terminated: 04/14/2014<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**Debtor**

**Rosa Liliana Garro**

**Appellant**

**Bank of America, N.A.**                              represented by   **Craig Goldblatt**
Wilmer Cutler Pickering Hale and Dorr−DC
1875 Pennsylvania Ave., NW
Washington, DC 20006
202−663−6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kelsey Grodzicki**
Campbell &Brannon, LLC
Suite 350
5565 Glenridge Connector
Atlanta, GA 30342
678−443−6454
Fax: 770−396−2171
Email: kgrodzicki@campbellandbrannon.com
*TERMINATED: 04/16/2014*
*LEAD ATTORNEY*

**Bret Jacob Chaness**
Rubin Lublin LLC
Suite 150
3740 Davinci Court
Peachtree Corners, GA 30092
678−281−2730
Fax: 404−601−5458
Email: bchaness@rubinlublin.com
*ATTORNEY TO BE NOTICED*

V.

1

**Appellee**

| | | |
|---|---|---|
| **Rosa Liliana Garro** | represented by | **Emory Lee Clark** |
| | | Clark &Washington |
| | | 3300 N.E. Expressway |
| | | Building 3, Suite A |
| | | Atlanta, GA 30341 |
| | | 404–522–2222 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Thomas Joseph Reichard** |
| | | Clark &Washington–GA |
| | | 3300 Northeast Expressway |
| | | Building 3, Suite A |
| | | Atlanta, GA 30341 |
| | | 404–522–2222 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/15/2013 | 1 | | BANKRUPTCY RECORD RECEIVED on submission of Notice of Appeal filed 9/13/13 by Bank of America, N.A..from Order, entered on 9/12/13. (DESIGNATED ITEMS ATTACHED) (Attachments: # 1 Docket Sheet, # 2 Doc. 22 – NOA, # 3 Doc. 19 – Motion, # 4 Doc. – Response to Motion, # 5 Doc. 19 – Order, # 6 Doc. – Issues on Appeal)(eop) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 10/16/2013) |
| 10/16/2013 | 2 | | Bankruptcy Appeal Briefing Schedule Appellant Brief due by 10/30/2013. Appellee Brief due by 11/13/2013. Appellant Reply Brief due by 11/27/2013. (eop) (Entered: 10/16/2013) |
| 10/16/2013 | | | Submission of 1 Bankruptcy Appeal for Review, submitted to District Judge Orinda D. Evans. (eop) (Entered: 10/16/2013) |
| 10/21/2013 | 3 | | MOTION for Summary Affirmance Subject to Appellate Review with Brief In Support by Bank of America, N.A.. (Attachments: # 1 Exhibit "A" – Order, # 2 Exhibit "B" – Text of Proposed Order)(Grodzicki, Joseph) Modified on 10/24/2013 (bdb). (Entered: 10/21/2013) |
| 10/29/2013 | 4 | | SUPPLEMENT re 1 Bankruptcy Appeal, (fap) (Entered: 10/29/2013) |
| 11/13/2013 | | | Submission of 2 Bankruptcy Appeal Briefing Schedule, 3 MOTION for Summary Affirmance Subject to Appellate Review, submitted to District Judge Orinda D. Evans. (fap) (Entered: 11/13/2013) |
| 04/14/2014 | 5 | 4 | ORDER granting 3 Unopposed Motion for Summary Affirmance Subject to Appellate Review. Signed by Judge Orinda D. Evans on 04/14/14. (fap) (Entered: 04/15/2014) |
| 04/14/2014 | 6 | 8 | CLERK'S JUDGMENT Affirming the September 12, 2013 Order of the |

2

| | | | |
|---|---|---|---|
| | | | Bankruptcy Court. (fap)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 04/15/2014) |
| 04/14/2014 | | | Civil Case Terminated. (fap) (Entered: 04/15/2014) |
| 04/15/2014 | 7 | | Letter from USDC Clerk to Ms. Thomas, Clerk of Bankruptcy Court (fap) (Entered: 04/15/2014) |
| 04/16/2014 | 8 | | Certification of Consent to Substitution of Counsel. Bret Jacob Chaness replacing attorney Joseph Kelsey Grodzicki. (Chaness, Bret) (Entered: 04/16/2014) |
| 04/16/2014 | 9 | 9 | NOTICE OF APPEAL as to 6 Clerk's Judgment, 5 Order on Motion for Order by Bank of America, N.A.. Filing fee $ 505, receipt number 113E–5136231. Transcript Order Form due on 4/30/2014 (Chaness, Bret) (Entered: 04/16/2014) |
| 04/16/2014 | 10 | | DESIGNATION of Record on Appeal by Bank of America, N.A. re 9 Notice of Appeal Case Appealed to Eleventh Circuit Case Number Not Assigned. (Chaness, Bret) (Entered: 04/16/2014) |
| 04/16/2014 | 11 | 14 | NOTICE Of Filing Notice of Appeal Transmittal Letter as to Bank of America, N.A. re 9 Notice of Appeal. (fem) (Entered: 04/16/2014) |

3